LUFFMAN, Respondent, v. HUDSON RIVER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Ella Luffman, as administratrix, etc., against the Hudson River Telephone Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $6,000, in which case judgment, as so modified, and order, affirmed, without costs. See, also, 137 App. Div. 934, 121 N. Y. Supp. 1139.

HOUGHTON, J., dissents, voting for a reversal on the ground that the plaintiff should have been compelled to elect whether she would go to the jury under the employer's liability act (Consol. Laws, c. 31), or under her common-law cause of action; there being a question of fact as to superintendence under the liability act, and no liability for the acts of the foreman under the common-law cause of action, because he was a fellow servant.